# EXHIBIT B

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARICEL MARCIAL,                         )
                                         )
         Plaintiff,                      )
                                         )
    vs.                                  )   No. 16-cv-06109
                                         )
RUSH UNIVERSITY MEDICAL CENTER;          )
DR. MICHAEL KREMER, in his               )
individual capacity; RAY NARBONE,        )
in his individual capacity; and          )
JILL WIMBERLY, in her individual         )
capacity,                                )
                                         )
         Defendants.                     )

       The deposition of MARICEL MARCIAL, called by the Defendants for examination, pursuant to notice and pursuant to the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Erin McLaughlin, CSR, at 120 S. Riverside Plaza, Suite 1100,, Chicago, Illinois, on Wednesday, February 28, 2018, commencing at the hour of 9:30 o'clock a.m.

Reported for
MAGNA LEGAL SERVICES, by
Erin McLaughlin, CSR



Page 203

```
 1   meeting, no.
 2        Q    I asked a slightly different question.
 3   Did you ever record any conversation you had with
 4   people at Rush about the SRNA program?
 5        A    With Dr. Johnson and Dr. Kremer, just so I
 6   can remember what they were saying coming back.
 7        Q    What do you mean?
 8        A    I think it was November that I had a
 9   meeting with them.
10        Q    And you tape-recorded it?
11        A    I believe so.
12        Q    What do you mean?
13        A    Yeah.  I did.
14        Q    Did they know you were doing that?
15        A    I don't know if I had informed them.
16        Q    How did you record it?
17        A    Just on my iPhone.
18        Q    Was your iPhone hidden when you were doing
19   that?
20        A    It was on my purse.
21        Q    In your purse?
22        A    Yes.
23        Q    So they couldn't see it; right?
24        A    Yes.
```



Page 204

```
 1        Q    Do you still have that recording?
 2        A    Yes.
 3        Q    Have you produced it to your lawyer?
 4        A    I believe I gave it to her.
 5             Did we submit it?
 6        MS. SIEGEL:  No.
 7        A    Not yet, but we had mentioned it to her.
 8        MR. LAND:  Elaine, we're going to need that
 9   recording.
10        MS. SIEGEL:  I understand.
11        MR. LAND:  Q  Did you tell them they were being
12   recorded?
13        A    No.  It was just more for me to remember
14   what was going on.
15        Q    Do you know that there are legal
16   requirements relating to recording conversations?
17        A    No.
18        MS. SIEGEL:  I object.  It relates to a legal
19   conclusion.
20        MR. LAND:  I'm not asking for a legal
21   conclusion, just her knowledge.
22        Q    You don't know?
23        A    No.
24        Q    Why did you record it?
```



Page 205

```
 1       A    Because I wanted to be aware of the
 2   details and make sure that it could help me later to
 3   recall the requirements of what was really said.
 4       Q    Why didn't you ask them if you could
 5   record it then if that was the reason?
 6       A    I'm not sure.  I didn't think it was a big
 7   deal to do it since it's mostly for me remembering
 8   details as a guide for when I come back.
 9       Q    You didn't think that would matter to
10   them, that they were being recorded?
11       A    I guess I didn't think of that.
12       Q    Really?
13       A    No.
14       Q    What other conversations relating to the
15   SRNA program did you record?
16       A    With my classmates?  We had text messages.
17       Q    Any conversations you had with people at
18   Rush that you recorded.  That's what I'm asking about.
19       A    There is nothing else because this is,
20   like I said, this is primarily for me, like a
21   checklist for me.  So that's the only recording I
22   made.
23       Q    You're sure you didn't record any other
24   conversations?
```



MAGNA LEGAL SERVICES