# EXHIBIT C

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARICEL MARCIAL,                )
                                )
        Plaintiff,              )
                                ) Civil Action No.
    vs.                         ) 16-CV-06109
                                )
RUSH UNIVERSITY MEDICAL         )
CENTER, et al.,                 )
                                )
        Defendants.             )

   The continued deposition of MARICEL MARCIAL, taken in the above-entitled cause before Teresa Volpentesta, a notary public within and for the County of Cook and State of Illinois, taken pursuant to the Federal Rules of Civil Procedure for the United States District Courts, at Suite 2200, 120 South Riverside Plaza, Chicago, Illinois, on the 4th day of April, A.D. 2018, at 2:08 o'clock p.m.



```
                                                 Page 26
 1        Q.    Did you talk to him about any
 2   documents?
 3        A.    I think so.  Maybe I mentioned about
 4   evaluations.
 5        Q.    Okay.  Do you know was a
 6   transcription of the tape recording you made of
 7   the meeting in October of 2013 with Dr. Kremer
 8   and Mary Johnson?
 9              Was there a transcription made of
10   that recording?
11        A.    Like recently we had to transcribe it
12   for your -- for this purpose.
13        Q.    For what purpose?
14        A.    For this litigation.
15        Q.    What do you mean?
16        A.    We listened to it and we transcribed
17   it and gave it to our lawyer.
18        Q.    Why did you transcribe it?
19        A.    Because we were told to write it out.
20        Q.    By whom?
21        MS. SIEGEL:  I am going to instruct the
22   witness not to divulge any attorney/client
23   communications.
24
```



Page 27

```
 1        MR. LAND:  Well, she kind of already did if
 2   that's something you told her.
 3   BY MS. LAND:
 4        Q.   I just want to know -- you just said
 5   someone told you to create a transcription.  Who
 6   told you that?
 7        A.   Our lawyer advised us to --
 8        MS. SIEGEL:  Don't disclose any legal
 9   advice.
10   BY MR. LAND:
11        Q.   Did you talk to anyone else about the
12   transcription of that record -- recording?
13        A.   No.
14        Q.   Do you know if Dr. Farmilant has a
15   copy of that transcription?
16        A.   Not that I am aware of.
17        Q.   Did you tell Dr. Farmilant that you
18   believe that stress contributed a great deal to
19   the decline in your performance?
20        A.   Yes, I think I mentioned that to him.
21        Q.   And by that, you meant your clinical
22   performance at Rush?
23        A.   No.  By that I mean the bullying and
24   the harassment that I was getting from the
```

